UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD KUEH,

                              Plaintiff,

    - against -

THE NEW YORK AND PRESBYTERIAN HOSPITAL,

                              Defendant.

Case No.1:23-cv-00666-VSB

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering appearance as counsel of record for Defendant The New York and Presbyterian Hospital.

Dated:    March 14, 2023
             New York, New York

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:    */s/ Michael E. Gertzman*

Michael E. Gertzman
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Email: mgertzman@paulweiss.com
Telephone: (212) 373-3281
Fax: (212) 492-0281

*Counsel for Defendant The New York and Presbyterian Hospital*