**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDWARD KUEH,

                                        Plaintiff,

            - against -

THE NEW YORK AND PRESBYTERIAN
HOSPITAL,

                                        Defendant.

Case No.1:23-cv-00666-VSB

**NOTICE OF**
**APPEARANCE**

            PLEASE TAKE NOTICE that the undersigned, of the law firm Paul, Weiss,

Rifkind, Wharton & Garrison LLP, is hereby entering appearance as counsel of record for

Defendant The New York and Presbyterian Hospital.

Dated:    March 14, 2023
            New York, New York

                        PAUL, WEISS, RIFKIND, WHARTON &
                        GARRISON LLP

                        By:  ___/s/ Gregory F. Laufer_____

                        Gregory F. Laufer
                        Paul, Weiss, Rifkind, Wharton & Garrison LLP
                        1285 Avenue of the Americas
                        New York, New York 10019-6064
                        Email: glaufer@paulweiss.com
                        Telephone: (212) 373-3441
                        Fax: (212) 492-0441

                        *Counsel for Defendant The New York and*
                        *Presbyterian Hospital*