**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EDWARD KUEH,

               Plaintiff,

    - against -

THE NEW YORK AND PRESBYTERIAN
HOSPITAL,

               Defendant.

Case No.1:23-cv-00666-VSB

**CORPORATE DISCLOSURE**
**STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The New York and

Presbyterian Hospital, by its undersigned counsel, certifies that The New York and

Presbyterian Hospital is not a publicly traded company.

Dated:   March 14, 2023
         New York, New York

               PAUL, WEISS, RIFKIND, WHARTON &
               GARRISON LLP

               By: */s/ Liza M. Velazquez*
               Michael E. Gertzman
               Liza M. Velazquez
               Gregory F. Laufer
               Leah J. Park
               1285 Avenue of the Americas
               New York, New York 10019-6064
               Phone:  (212) 373-3096
               Fax:  (212) 492-0096
               mgertzman@paulweiss.com
               lvelazquez@paulweiss.com
               glaufer@paulweiss.com
               lpark@paulweiss.com

               *Counsel for Defendant The New York and*
               *Presbyterian Hospital*