**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

BEIJING          SAN FRANCISCO
BRUSSELS         TOKYO
HONG KONG        TORONTO
LONDON           WASHINGTON, DC
LOS ANGELES      WILMINGTON

DIRECT DIAL: +1 212 373 3559
EMAIL: EVANCE@PAULWEISS.COM

> The request to adjourn the initial case management conference is **GRANTED.** The conference will be held on **March 4, 2025 at 11:00 AM**. SO ORDERED.
>
> _/s/ Jennifer E. Willis_
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> January 3, 2025

December 23, 2024

**Via ECF**

Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

Re:   *Kueh* v. *New York and Presbyterian Hospital*, No. 1:23-cv-00666 (VSB) (JW)

Dear Judge Willis,

We represent The New York and Presbyterian Hospital (the "Hospital") in the above-captioned matter. We write on behalf of Plaintiff and the Hospital to request a thirty-day adjournment of the Initial Case Management Telephone Conference currently scheduled for January 23, 2025, which would allow the parties to focus their resources and attention on a potential resolution of the claims remaining in this action following Judge Broderick's Opinion and Order dated November 25, 2024. *See* ECF No. 21. The parties are in the process of engaging a private mediator with availability in January 2025. Because a successful mediation would obviate the need for the January 23, 2025 conference and the corresponding discovery deadlines, an adjournment to February 24 or later would conserve the parties' litigation costs, thereby increasing the likelihood of settlement. This is the parties' first request for an adjournment.

We welcome any questions that the Court may have regarding the above.

Very truly yours,

*/s/ Emily A. Vance*
Emily A. Vance

cc:   Counsel of Record (via ECF)