February 10, 2025

Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312

> **Re:** ***Kueh* v. *New York and Presbyterian Hospital*, 1:23-cv-00666-VSB-JW**

Dear Judge Willis:

       The parties jointly report that a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) will be filed within the next sixty (60) days. Accordingly, the parties respectfully request that the March 4, 2025 conference and all pending deadlines in the above-captioned matter be adjourned *sine die*. We are happy to address any questions that the Court may have regarding this request.

Respectfully submitted,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Liza M. Velazquez*
Liza M. Velazquez
Gregory F. Laufer
Emily A. Vance
Leah J. Park
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
lvelazquez@paulweiss.com
glaufer@paulweiss.com
evance@paulweiss.com
lpark@paulweiss.com

*Attorneys for Defendant*

The request is **GRANTED.** SO ORDERED.

*Jennifer E. Willis*

JENNIFER E. WILLIS
UNITED STATES MAGISTRATE JUDGE
February 11, 2025

**PACIFIC JUSTICE INSTITUTE, INC.**

By: <u>/s/ April Forbes</u>
April Forbes
350 Northern Boulevard
Suite 324, Box 1061
Albany, New York 12204-1000
Phone:  (518) 249-5328
aforbes@esquirepc.org

*Attorney for Plaintiff*